1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   LARRY RAY PHILLIPS,              ) NO. CV 10-06676 DDP (SS)
                                      )
12                    Petitioner,     )
                                      )
13             v.                     )            **JUDGMENT**
                                      )
14   WARDEN,                          )
                                      )
15                    Respondent.     )
     _____)
16
17
18        Pursuant to the Court's Order Dismissing Habeas Action Without
19   Prejudice,
20
21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed
22   without prejudice.
23
24        DATED: December 20, 2010
25                                    _____
26                                    DEAN D. PREGERSON
                                      UNITED STATES DISTRICT JUDGE
27
28